[Cox. v. The State.]

# Cox *v.* The State.

*Assault With Intent to Murder.*

(Decided Dec. 20, 1906.   42 So. Rep. 815.)

*Criminal Law; Trial; Instructions.*—The defendant had no right to · have the court admonish the jury on the subject of following the charges given by the court, hence, a charge which asserts that if the jury convict the defendant without each and every one of them being satisfied beyond a. reasonable doubt of the defendant's guilt, then you will disregard the instructions of the court, was properly refused.

APPEAL from Macon Circuit Court.

Heard before HON. S. L. BREWER.

Bob Cox was convicted of assault with intent to murder, and he appeals.

The court refused to charge: "Unless each any every one of you is satisfied of the defendant's guilt to a moral certainty and beyond all reasonable doubt, then you cannot convict the defendant of assault with intent to murder ;and, if you do convict the defendant of assault with intent to murder without each and every one of you being so satisfied, after a consideration of all the evidence, then you disregard the instructions of the court."

No counsel marked for appellant.

MASSEY WILSON, Attorney General, for State.—The Attorney General discusses the charge but cites no authority.

SIMPSON, J.—The defendant (appellant) in this case was convicted of an assault with intent to murder. The only question presented by the record is the refusal of the court to give the charge set out in the record.

Referring to the latter part of said charge, it cannot be said to be a right of a defendant to have the court admonish the jury on the subject of following the charges given by the court.

The judgment of the court is affirmed.

TYSON, C. J., and HARALSON and DENSON, JJ., concur.